UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOV 18 2024 AM 11:15
FILED - USDC - BPT - CT

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENAS | 3:24-MJ-1036-SDV |
| | November 18, 2024 |

### APPLICATION FOR ORDER COMMANDING PROVIDERS NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF GRAND JURY SUBPOENAS

The United States requests that the Court order (1) T-Mobile; (2) Verizon Wireless; and (3) TracFone Wireless, Inc. (hereinafter "the Providers") not to notify any person (including the subscribers or customers of the account(s) listed in each subpoena) of the existence of grand jury subpoenas (1) B-24-1-53 (04), (2) B-24-1-53 (05), and (3) B-24-1-53 (06) (hereinafter "the Subpoenas"), respectively, until after November 18, 2025.

Each of the Providers is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the Subpoenas, which will be made available for the Court's inspection but will not be filed with the Court. The Subpoenas require each of the Providers to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such orders would be appropriate because each Subpoena relates to an ongoing criminal investigation that is neither public nor known to all the targets of the investigation.

Accordingly, there is reason to believe that notification of the existence of any of the Subpoenas will result in flight from prosecution, destruction of or tampering with evidence, and/or intimidation of potential witnesses, or will otherwise seriously jeopardize an ongoing investigation. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of any of the Subpoenas, the subjects under investigation could destroy that evidence, including information on their devices, computers, and online accounts.

Section 2705(b) provides that, when the government is not required to notify the subscriber or customer that it is serving process on the provider, then the Court may order the provider not to give notice, provided one of the five risks set forth in § 2705(b) is present. For the reasons listed above, the government has shown that there is reason to believe that notice by the provider would cause one of the enumerated harms. The government is proceeding here using a subpoena under 18 U.S.C. § 2703(c)(2). Section 2703(c)(3) provides that when the government proceeds under § 2703(c) (*i.e.*, when it is only seeking records of the provider, and not any content of the subscriber or customer), the government is not required to provide notice to the subscriber or customer. Thus, the government has satisfied all the conditions of § 2705(b).

WHEREFORE, the United States respectfully requests that the Court grant the attached Orders directing each named Provider not to disclose the existence or content of the Subpoena it has been served until November 18, 2025, except that each Provider may disclose its Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY


_____/s/_____
ELENA L. CORONADO
ASSISTANT UNITED STATES ATTORNEY
1000 LAFAYETTE BLVD., 10TH FLOOR
BRIDGEPORT, CT 06604
(203) 696-3000
elena.coronado@usdoj.gov
FEDERAL BAR NO: phv09758

NOV 18 2024 AM 11:33
FILED - USDC - BPT - CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: GRAND JURY SUBPOENA

3:24-MJ-1036-SDV

November 18, 2024

### NONDISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding T-Mobile (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the grand jury subpoena B-24-1-53 (04) (hereinafter "the Subpoena"), until November 18, 2025.

The Court determines that there is reason to believe that notification of the existence of the Subpoena will result in flight from prosecution, destruction of or tampering with evidence, and/or the intimidation of potential witnesses, and will otherwise seriously jeopardize an investigation. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until November 18, 2025, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

Any motions to extend the deadlines in this order shall be filed by 11/15/25.

__11/18/24__
DATE

__SDV__
HONORABLE S. DAVE VATTI
United States Magistrate Judge